# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| XPRESSPA HOLDINGS, LLC and<br>XPRESSPA ATLANTA TERMINAL A, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>KEVIN ROSS and THE LAW PRACTICE OF<br>KEVIN ROSS, LLC,<br><br>    Defendants. | Civil Action No.<br>1:17-mi-00045-CC-RGV |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Nonparties Cordial Endeavor Concessions of Atlanta, LLC's and Shelia Edward's Notice of Voluntary Dismissal without Prejudice of their Motion to Quash or to Modify Subpoenas served by Plaintiffs having been considered,

It is hereby **ORDERED** that Notice of Nonparties' Voluntary Dismissal Without Prejudice of Motion to Quash or to Modify Subpoenas served by Plaintiffs is hereby GRANTED and this miscellaneous action is hereby **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED this ____ day of August 2017.

_____
Honorable Russell G. Vineyard
United States Magistrate Judge
Northern District of Georgia

Proposed Order Prepared by and Consented to:

*Prepared by:*

By: */s/ Carl A. Gebo*
    Carl A. Gebo
    Ga. Bar 288711
    carl.gebo@gebolawgroup.com
    Gebo Law Group, LLC
    The Johnson & Johnson Building
    200 Walker Street, S.W., Suite E
    Atlanta, Georgia 30313
    Telephone: (404) 219-4516

*Counsel for Nonparties*
*Cordial Endeavors Concessions of Atlanta, LLC and*
*Shelia Edwards*

*Consented to:*

By: */s/J.A. Schneider*
    J.A. Schneider
    Ga. Bar No. 141437
    JA.Schneider@ThompsonHine.com
    Thompson Hine, LLP
    Two Alliance Center
    3560 Lenox Road, Suite 1600
    Atlanta, Georgia 30326-4266
    Telephone: (404) 541-2900
    Facsimile: (404) 541-2905

*Counsel for Plaintiffs*
*XpresSpa Holdings, LLC and*
*XpresSpa Atlanta Terminal A, LLC*